filed on or before March 17, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THEODORE SMITH, an Infant, etc., v. MARTIN HARRIS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before March 31, 1931, and thereafter diligently prosecute the appeal. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

AMERICAN ENCAUSTIC TILING COMPANY, LIMITED, v. COLANERI CONT. Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellants' points to be filed on or before March 16, 1931, with notice of argument for March 31, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

FRANCIS J. MYGATT v. C. EDWIN GILBREATH.— Motion granted upon condition that defendant within five days furnish an undertaking to pay interest and costs in connection with the amount on deposit; otherwise, motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABE DICKMAN.— Motion granted so far as to extend the time of the appellant in which to file the record on appeal and appellant's points on or before March 31, 1931, with notice of argument for April 15, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SEROTA BROS., INC., v. SEROTA COAL Co., INC., and Others.— Motion granted upon condition that defendants file a surety company bond in the sum of $1,500 and procure the appeal to be argued not later than the 2d day of April, 1931, unless the parties execute a stipulation differently. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MURRAY B. MACHLIN for a Mandamus Order against the Directors and Trustees and Each of Them, in Liquidation and Dissolution of INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation.— Motion granted, provided that the appeal be argued or submitted on March 20, 1931, and that, pending said appeal, all books, records and documents are preserved to the satisfaction of the attorney for petitioner. Otherwise, motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ANNA DITTO v. MARVIN W. DITTO.— Motion granted upon condition that the appellant procure appeal to be argued not later than April 2, 1931, unless the parties stipulate otherwise. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE GEVAERT Co. OF AMERICA, INC., for an Order Directing the Arbitration, etc., Entered into between the Petitioner and JACK T. COSMAN.— Motion granted upon condition that appellant procure the appeal to be argued on the 20th day of March, 1931, unless both parties agree to an adjournment. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN TRACZUK.— Motion granted and the time of the appellant in which to file the record and appellant's points extended to and including March 27, 1931, with notice of argument for April 14, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others,

as Executors, etc., of Philip Goldberg, Deceased.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Walter Janvier, Inc., v. The Clinical Laboratories Company.— Motion granted provided that appeals are argued or submitted not later than April 2, 1931, unless the parties stipulate otherwise, and without prejudice to due service of the subpœna duces tecum and subpœna served upon Arnold Bonbrake, treasurer of defendant. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Miami Beach Bank and Trust Company v. Clarence P. Goldberg and Others, as Executors, etc., of Philip Goldberg, Deceased.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Marion Humbert v. John Horace Humbert.— Motion granted upon condition that defendant pay fifty dollars weekly alimony pending appeal and procure the appeal to be brought on for argument not later than April 2, 1931, unless the parties stipulate otherwise. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Louis H. Schleider, an Attorney.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Moses N. Schleider, an Attorney.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Chauncey E. Treadwell, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Martha S. Medaris, Respondent, v. J. Canby Morgan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Gwendolyn Modeste and Others, Appellants, v. Patrick Cass, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

International Dress Company, Inc., Respondent, v. International Frocks, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Appellant, v. Charles W. Berry, as Comptroller of the City of New York, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Appellant, v. George J. Ryan, as President of the Board of Education of the City of New York, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Harry M. Durning, Respondent, for a Peremptory Mandamus Order against Patrick J. Reville, as Superintendent of Buildings of the Borough of The Bronx, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ. [137 Misc. 173.]

Boris Leavitt, Respondent, v. Ben Rosenbaum, Appellant.— Order so far as appealed from modified by striking out all conditions except as to payment of costs, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to the defendant to pay the costs provided for in the order